**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| TYLER MEASE and A.M., a minor, | |
| Plaintiffs | |
| v. | |
| GARRETT ANDERSON, Individually and in his official capacity, RANDY DAVIDSON, Individually and in his official capacity, DAVID DIXON, Individually and in his official capacity, SCOTTY RICE, Individually and in his official capacity, DALLAS COUNTY, MISSOURI, and CITY OF BUFFALO, MISSOURI, | Case No. 6:26-cv-03041-DPR |
| Defendants. | |

## <u>PROPOSED SCHEDULING ORDER</u>

Pursuant to the Court's Order on January 29, 2026, (Doc. 2) and in accordance with Rules 16(b) and 26(f), Fed. R. Civ. P. and Local Rules 16.1 and 26.1, the parties submit the following Proposed Scheduling Order and Discovery Plan.

### A. Scheduling Deadlines

a. Date for Joinder of Parties: 5/1/2026

b. Date for Amendment of Pleadings: 6/1/2026

c. Plaintiff's Expert Designation Deadline: 7/31/2026
   **(At least 60 days before discovery deadline)**

d. Defendant's Expert Designation Deadline: 8/31/2026
   **(30 days after Plaintiff's Expert Designation)**

e. Dispositive Motion Deadline: 10/30/2026
   **(Local Rule 16.1(d)(2) – within 30 days after close of discovery)**

**B. Discovery Plan**

   a. Fed.R.Civ.P. 26(f) Conference was held/will be held on: **3/25/2026**

   b. Fed.R.Civ.P. 26(a)(1) Disclosures were made/will be made on: 4/7/2026

   c. Discovery Deadline: 10/1/2026
    **(Not more than 180 days from submission of this proposed order)**

      i. Local Rule 26.1(c)(2) - Statement of facts and issues and explanation for requesting a proposed discovery deadline more than 180 days from the filing of this proposed document:

   d. Discovery Motions will be filed at least thirty (30) days before the close of discovery.

   e. Anticipated Protective Order: ☒YES ☐ NO

   f. Are there any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced? ☐YES ☒ NO. If yes, please state the parties' views and proposals:

**C. Estimated number of days to try the action**: five days.

**D. Proposed Trial Date**: 4/19/2027
**(150 days from dispositive motion deadline, or later)**

Respectfully submitted,

**ALESHIRE ROBB, P.C.**

By */s/Kevin J. Rapp*
   Gregory W. Aleshire  MO #38691
   William R. Robb     MO #43322
   Kevin J. Rapp       MO #57974
   2847 Ingram Mill Road, A-102
   Springfield, MO 65804
   417.869.3737 PHONE
   417.869.5678 FAX
   *info@aleshirerobb.com*
   **ATTORNEYS FOR PLAINTIFFS**

**ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.**

By:*/s/Rashel L. Pack*

Rachel A. Riso  MBN: 57145
rriso@eehjfirm.com
Rashel L. Pack  MBN: 72061
rpack@eehjfirm.com
2808 S. Ingram Mill Road, Suite A104
Springfield, MO 65804
Phone: 417-866-5091
Fax: 417-866-1064
**Attorneys for Defendants Garrett Anderson and City of Buffalo, Missouri**

ENSZ & JESTER, P.C.

*/s/Brandon D. Mizner*

BRANDON D. MIZNER  MO #46515
MATTHEW J. GIST  MO #54732
ALEX S. McDONALD  MO #78311
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone:  816-474-8010
Facsimile:  816-471-7910
E-mails:  bmizner@enszjester.com
mgist@enszjester.com
amcdonald@enszjester.com
*ATTORNEYS FOR DEFENDANTS*
*Randy Davidson, David Dixon, Scotty Rice,*
*and Dallas County, Missouri*

3